IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:

KONEN, BRENDA ANN

Debtor.

Case No. 05-25860-NLJ
(Chapter 7)

## Amended Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| See attached Proposed Distribution for claimants and amounts. | |
| TOTAL: | $17.70 |

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED: November 20, 2009

/s/Kevin Coffey
Kevin M. Coffey (OBA # 11791)
Chapter 7 Trustee
435 N. Walker, Suite 202
Oklahoma City, OK 73102
405/235-1497
Fax: 405/606-7446

Proposed Distribution

Case Number: 05-25860
Debtor Name: KONEN, BRENDA ANN

| # | Creditor | Amount |
|---|---|---|
| 1 | CABLE ONE<br>618 N MAIN<br>ALTUS OK 73521 | $0.57 |
| 2 | SECURITY FINANCE<br>720 N MAIN ST<br>ALTUS OK 73521 | $1.75 |
| 3 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $0.07 |
| 4 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $0.16 |
| 5 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $0.16 |
| 6 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $0.46 |
| 7 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $0.82 |
| 8 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $0.99 |
| 9 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $1.09 |
| 10 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $1.29 |
| 11 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190<br>ALTUS OK 73522 | $1.65 |
| 12 | JACKSON COUNTY MEMORIAL HOSPITAL<br>PO BOX 8190 | $3.45 |
| 16 | WORLD FINANCIAL NETWORK<br>WEINSTEIN & RILEY PS<br>2101 FOURTH AVE STE 900<br>SEATTLE WA 98121 | $2.94 |
| 19 | Midland Credit Management Inc<br>8875 Aero Drive Ste 200<br>San Diego CA 92123 | $2.30 |

Total $17.70